UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BILLY JOVAN SAIZ,

                              Plaintiff,

        v.

NEVADA DEPARTMENT OF
CORRECTIONS, *et al.*,

                              Defendants.

Case No. 3:25-cv-00302-MMD-CSD

ORDER

Nevada prisoner Billy Saiz brings this civil-rights action to redress constitutional violations that he allegedly suffered while incarcerated. (ECF No. 9). In screening Plaintiff's complaint, the Court allowed medical-indifference claims to proceed and referred this action to the Inmate Early Mediation Program. (ECF No. 8). The mediation conference is scheduled for June 12, 2026. (ECF No. 11). Plaintiff has since filed a document titled "Consent Form," which asks the Court to allow inmate Joshua Ward to help him during the mediation conference. (ECF No. 13). Plaintiff argues that he needs Ward's help because Ward is a certified paralegal who often helps Plaintiff prepare documents and explains legal terms to him. (*Id.*) Plaintiff is cautioned that documents seeking relief from the Court must be filed as a motion or stipulation between the parties, and in the future, improperly filed documents may be stricken from the docket without further prior notice. General Order No. 2021-05 at 4; *accord* LR IA 7-1(b).

However, the Court construes Plaintiff's instant document as a motion seeking the appointment of an inmate helper for the mediation conference. It's plain what Plaintiff seeks is counsel and advice during settlement negotiations, not accommodation for any disability. Plaintiff is advised that a non-attorney—even a certified paralegal—"has no authority to appear as an attorney for others than himself." *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (collecting cases). This means that Plaintiff may not have a fellow inmate guide and advise him during the conference.

It is therefore ordered that Plaintiff's consent form (ECF No. 13) is construed as a motion to be appointed an inmate helper during the mediation conference, and it is denied in all respects.

DATED: May 27, 2026

_____
UNITED STATES MAGISTRATE JUDGE