AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BILLY JOVAN SAIZ,

Plaintiff,

v.

NDOC, *et al.*,

Defendants.

Case No. 3:25-cv-00302-MMD-CSD

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, Billy Jovan Saiz, pro se, and Defendants, Crystal, Marks, and Kenneth Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 8th day of September, 2026.

By: ______________________
Billy Jovan Saiz #82934
*Plaintiff, Pro se*

DATED this 8th day of September, 2026.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

DATED this 23rd day of October, 2026.

______________________
Miranda M. Du, U.S. District Judge